```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-0304
 9      Facsimile:   (213) 894-7177
        E-Mail: greg.parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

               UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                       WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>$180,920.46.00 IN VARIOUS BANK FUNDS,<br><br>          Defendant.<br>_____<br><br>LOUIS RICARDO ARRIOLA,<br>SHARLENE EVERITT ARRIOLA,<br>AND JADYN ARRIOLA,<br><br>          Claimants.<br>_____ | NO.  CV 08-02703 PA(AGRx)<br><br>[PROPOSED]<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

     This action was filed on April 24, 2008.  Notice was given and published in accordance with law.  Claimants Louis Ricardo Arriola, Sharlene Everitt Arriola, and Jadyn Arriola ("claimants") filed a

verified claim on May 9, 2008. No other claims or answers have been filed, and the time for filing such claims and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $180,920.46 in Various Bank Funds ("defendant funds") other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The defendant funds shall be applied toward Louis Ricardo Arriola's restitution obligation as provided in the Plea Agreement entered in <u>United States v. Louis Ricardo Arriola</u>, CR 08-00683 UA.

4. To the extent that funds remain available, all right, title, and interest in remainder of the defendant funds are hereby condemned and forfeited to the United States of America and shall be disposed of in accordance with law and the terms of this Judgment.

5. The United States of America shall have judgment as to the entirety of any portion of the defendant funds forfeited pursuant to paragraph 4, above, plus all interest earned by the government on the full amount of

|   |   |   |
|---|---|---|
| 1 |    | the defendant funds, and no other person or entity shall |
| 2 |    | have any right, title or interest therein.  The U.S. |
| 3 |    | Secret Service is ordered to dispose of any such assets |
| 4 |    | in accordance with law. |
| 5 | 6. | Claimants hereby release the United States of America, |
| 6 |    | its agencies, agents, and officers, including employees |
| 7 |    | and agents of the U.S. Secret Service, from any and all |
| 8 |    | claims, actions or liabilities arising out of or related |
| 9 |    | to this action, including, without limitation, any claim |
| 10 |   | for attorney's fees, costs or interest which may be |
| 11 |   | asserted on behalf of the claimants, whether pursuant to |
| 12 |   | 28 U.S.C. § 2465 or otherwise. |
| 13 | 7. | Plaintiff United States of America, agrees that it will |
| 14 |   | not seek to recover civil sanctions (except to the extent |
| 15 |   | that the forfeiture of the defendant funds can be |
| 16 |   | considered a civil sanction), attorney's fees or costs in |
| 17 |   | connection with this action or the underlying seizure. |
| 18 | 8. | The Court finds that there was reasonable cause for the |
| 19 |   | seizure of the defendant funds and institution of these |
| 20 |   | proceedings.  This judgment shall be construed as a |
| 21 |   | certificate of reasonable cause pursuant to 28 U.S.C. |
| 22 |   | § 2465. |

Dated: July 2, 2008

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

[Signatures of counsel for the parties appear on the next page.]

3

**Approved as to form and content:**

Dated:                , 2008        THOMAS P. O'BRIEN
                                    United States Attorney
                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

                                         /s/
                                    _____
                                    P. GREG PARHAM
                                    Special Assistant United States Attorney
                                    Asset Forfeiture Section

                                    Attorneys for Plaintiff
                                    United States of America

Dated:                , 2008

                                    _____
                                    STANLEY I. GREENBERG
                                    Attorney for Claimants
                                    LOUIS RICARDO ARRIOLA, SHARLENE EVERITT
                                    ARRIOLA, AND JADYN ARRIOLA