1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | P. GREG PARHAM
California Bar No. 140310
6 | Special Assistant United States Attorney
Asset Forfeiture Section
7 |     Federal Courthouse, 14th Floor
      312 North Spring Street
8 |     Los Angeles, California 90012
      Telephone:  (213) 894-0304
9 |     Facsimile:   (213) 894-7177
      E-Mail: greg.parham@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

12

13 |                 UNITED STATES DISTRICT COURT

14 |         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 |                    WESTERN DIVISION

16 | UNITED STATES OF AMERICA,       )
                                   )   NO.   CV 08-02703 PA(AGRx)
17 |              Plaintiff,        )
                                   )       [PROPOSED]
18 |         v.                     )
                                   )   CONSENT JUDGMENT OF
19 | $180,920.46.00 IN VARIOUS      )   FORFEITURE
BANK FUNDS,                     )
20 |                                )
              Defendant.         )
21 | _____ )
                                   )
22 | LOUIS RICARDO ARRIOLA,         )
SHARLENE EVERITT ARRIOLA,       )
23 | AND JADYN ARRIOLA,             )
                                   )
24 |              Claimants.        )
_____ )

25

26 |      This action was filed on April 24, 2008.  Notice was given and

27 | published in accordance with law.  Claimants Louis Ricardo Arriola,

28 | Sharlene Everitt Arriola, and Jadyn Arriola ("claimants") filed a

1   verified claim on May 9, 2008.   No other claims or answers have
2   been filed, and the time for filing such claims and answers has
3   expired.  Plaintiff and claimants have reached an agreement that is
4   dispositive of the action.   The parties hereby request that the
5   Court enter this Consent Judgment of Forfeiture.

6   **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7   1.   This court has jurisdiction over the parties and the
8        subject matter of this action.

9   2.   Notice of this action has been given in accordance with
10       law.     All   potential   claimants   to   the   defendant
11       $180,920.46 in Various Bank Funds ("defendant funds")
12       other than claimants are deemed to have admitted the
13       allegations of the Complaint.  The allegations set out in
14       the Complaint are sufficient to establish a basis for
15       forfeiture.

16  3.   The defendant funds shall be applied toward Louis Ricardo
17       Arriola's restitution obligation as provided in the Plea
18       Agreement entered in <u>United States v. Louis Ricardo</u>
19       <u>Arriola</u>, CR 08-00683 UA.

20  4.   To the extent that funds remain available, all right,
21       title, and interest in remainder of the defendant funds
22       are hereby condemned and forfeited to the United States
23       of America and shall be disposed of in accordance with
24       law and the terms of this Judgment.

25  5.   The United States of America shall have judgment as to
26       the entirety of any portion of the defendant funds
27       forfeited pursuant to paragraph 4, above, plus all
28       interest earned by the government on the full amount of

1   the defendant funds, and no other person or entity shall

2   have any right, title or interest therein.   The U.S.

3   Secret Service is ordered to dispose of any such assets

4   in accordance with law.

5   6.   Claimants hereby release the United States of America,

6        its agencies, agents, and officers, including employees

7        and agents of the U.S. Secret Service, from any and all

8        claims, actions or liabilities arising out of or related

9        to this action, including, without limitation, any claim

10       for attorney's fees, costs or interest which may be

11       asserted on behalf of the claimants, whether pursuant to

12       28 U.S.C. § 2465 or otherwise.

13  7.   Plaintiff United States of America, agrees that it will

14       not seek to recover civil sanctions (except to the extent

15       that the forfeiture of the defendant funds can be

16       considered a civil sanction), attorney's fees or costs in

17       connection with this action or the underlying seizure.

18  8.   The Court finds that there was reasonable cause for the

19       seizure of the defendant funds and institution of these

20       proceedings.   This judgment shall be construed as a

21       certificate of reasonable cause pursuant to 28 U.S.C.

22       § 2465.

23  Dated: ____July 12____ , 2008

24

25  THE HONORABLE PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE

26

27  [Signatures of counsel for the parties appear on the next page.]

28

1 | Approved as to form and content:

2 | Dated: July 1 , 2008

THOMAS P. O'BRIEN
3 | United States Attorney
CHRISTINE C. EWELL
4 | Assistant United States Attorney
Chief, Criminal Division
5 | STEVEN R. WELK
Assistant United States Attorney
6 | Chief, Asset Forfeiture Section

7 | P. GREG PARHAM
8 | Special Assistant United States Attorney
Asset Forfeiture Section

9 |
Attorneys for Plaintiff
10 | United States of America

11 | Dated: July 1 , 2008

12 |

13 | STANLEY I. GREENBERG
Attorney for Claimants
14 | LOUIS RICARDO ARRIOLA, SHARLENE EVERITT
ARRIOLA, AND JADYN ARRIOLA

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4

# Notices

2:08-cv-02703-PA-AGR United States of America v. $180,920.46 In Various Bank Funds (AGRx), DISCOVERY, STAYED

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Parham, Greg on 7/2/2008 at 1:39 PM PDT and filed on 7/2/2008

| | |
|---|---|
| **Case Name:** | United States of America v. $180,920.46 In Various Bank Funds |
| **Case Number:** | 2:08-cv-2703 |
| **Filer:** | United States of America |

**Document Number:** 11

**Docket Text:**
**NOTICE OF LODGING filed re Complaint - (Discovery)[1] (Attachments: # (1) Proposed Order As to Consent Judgment of Forfeiture)(Parham, Greg)**

**2:08-cv-2703 Notice has been electronically mailed to:**

Stanley I Greenberg    stanmanlaw@aol.com

Greg Parham    USACAC.Criminal@usdoj.gov, greg.parham@usdoj.gov

**2:08-cv-2703 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\jmuradyan\Greg\U.S. v. $180,920.46\CAC.LA.CV0802703.20080702.GP.notice of lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/2/2008] [FileNumber=6110113-0] [443d5bf770a924345ca49b721587ff3d79fba5b6432ea156e282664be8664909b7954 15425a00f7d51a3e97a7aec54f95d9dca2c6f423ff1265ed40fc6dfee01]]
**Document description:**Proposed Order As to Consent Judgment of Forfeiture
**Original filename:**N:\jmuradyan\Greg\U.S. v. $180,920.46 \CAC.LA.CV0802703.20080702.GP.proposed consent judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/2/2008] [FileNumber=6110113-1] [09450a44fab3636c1bc6fe9dab83e3c782d21f2aa464d218677fdaa2603f280d00695 01521af59ea5075f84901b5b1d8c710c5d13012f63857016cda0bcccacf]]